UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

KEVIN LIBURD,

                                                   **NOTICE OF APPEARANCE**
                          Plaintiff,

                                                 **07 CV 9426 (AKH) (DFE)**

            -against-

THE CITY OF NEW YORK; et al,

                                      Defendants.

------------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for plaintiff, KEVIN LIBURD.  I certify that I am admitted to practice in this Court.


Dated:        New York, New York
                 November 26, 2007

                                        /s/ Michael P. Kushner
                                        MICHAEL PETER KUSHNER (MK 6117)


                                        mkushner@blanch-law.com
                                        350 Fifth Avenue, Suite 4810
                                        New York, New York 10118
                                        212.378.4326