# MICHAEL HUESTON
## ATTORNEY AT LAW

| | |
|---|---|
| 350 FIFTH AVENUE, SUITE 4810 | Tel: (212) 643-2900 |
| EMPIRE STATE BUILDING | Fax: (212) 643-2901 |
| NEW YORK, NEW YORK 10118 | Email: mhueston@nyc.rr.com |

ADMITTED NY



BY HAND
The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

So ordered
6-16-08
/s/ Alvin K. Hellerstein

Re: Liburd v. City of New York, et al., 07 CV 9426 (AKH) (DFE)

Your Honor:

      I represent the plaintiff in the above referenced case, which concerns allegations of police misconduct.

      I am writing to request an adjournment of the parties' June 20, 2008, 9:30 a.m., conference to August 8, 2008 at 9:30 a.m. This adjournment is necessary because the parties require approximately six weeks to schedule and complete Police Officer Ramon's deposition in view of their present schedules.

      Pursuant to the Court's order (as stated at the parties' April 11, 2008 status conference), on May 23, 2008 defense counsel identified Police Officer Ramon and Sergeant Kelly, as individuals who may have information involving a police action that occurred on the 14th Street platform of the downtown 6 train on December 8, 2006 between the hours of 12:30 p.m. and 1:00 p.m., involving plaintiff. Deposing this officer may help identify the officers that plaintiff asserts were involved in the incident alleged the complaint.

      This adjournment will not affect the current schedule since a discovery deadline as not been scheduled. Defense counsel consents to this application. This is plaintiff's first request for an adjournment of the conference.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/08

Respectfully submitted,

Michael O. Hueston (MH-0931)

Cc: Amy Nkemka Okereke, Esq. (by facsimile)